UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

No. 17-MJ-08268-DCB

v.

ERIC SNYDER, and
CHRISTOPHER FULLER,
    Defendants.

## STIPULATION TO ADJOURN PRELIMINARY HEARING

Through their respective counsel, the parties hereby stipulate and agree to an adjournment of the preliminary hearing until September 15, 2017.

It is further stipulated that the time period from July 17, 2017, through September 15, 2017, shall be deemed an excludable delay under the provisions of the Speedy Trial Act, Title 18 United States Code, Section 3161, for the following reasons:

1. Defendants are under investigation for conspiracy to commit health care fraud in violation of 18 U.S.C. § 1349.

2. Because of the factual and legal issues involved in this case, the parties respectfully submit that the facts upon which the grand jury must base its determination are unusual or complex; and

3. The parties wish to continue to discuss potential pre-indictment resolution of this matter.

Accordingly, the parties request that the Court find that the ends of justice served by this delay outweigh the interests of the defendant and of the public in a speedy trial and that the time period between July 17, 2017 through September 15, 2017, is deemed excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h), and specifically by reason of 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), (B)(ii), (B)(iii), and (B)(iv), in computing the time within which an information or indictment must be filed.

SO STIPULATED.

/s/ *James V. Hayes*
JAMES V. HAYES
Assistant United States Attorney
Court No. A5501717
99 N.E. 4th Street, Suite 425
Miami, FL 33132
Tel# (305) 961-9181
Fax: (305) 530-6168
James.hayes3@usdoj.gov

Date:  July 17, 2017

/s/ *Bruce A. Zimet* (with consent)
Bruce A. Zimet
One Clearlake Centre
250 North Australian Avenue
Suite 1400
West Palm Beach, FL 33401
Tel# 561-508-7741
BAZ@BruceAZimetLaw.com
Attorney for Eric Snyder

/s/ *Kristy Militello* (with consent)
Kristy Militello
Federal Public Defender's Office
450 Australian Avenue South,
Suite 500
West Palm Beach, FL 33401
Tel # 561-833-6288
Kristy_Militello@fd.org
Attorney for Christopher Fuller

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 17, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ James V. Hayes*
James V. Hayes
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**

No. 17-MJ-08268-DCB

v.

**ERIC SNYDER, and
CHRISTOPHER FULLER,**
   **Defendants.**

### ORDER

Upon this Court's consideration of the parties' stipulation, hereby incorporated into this Order, and the Court being otherwise fully apprised of the circumstances,

**IT IS ORDERED** that the preliminary hearing shall be continued until September 15, 2017.

**IT IS FURTHER ORDERED** that the time period from July 17, 2017, through September 15, 2017, shall be deemed excludable delay under the provisions of the Speedy Trial Act, Title 18 United States Code, Section 3161(h)(7), in consideration of the parties' desire to consider whether or not a pre-indictment resolution of this case is possible.  The ends of justice outweigh the interests of the defendant and the public in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7) for the following reasons:

1.	The defendant is under investigation for conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349.

2.	Because of the factual and legal issues involved in this case, the parties respectfully submit that, due to the nature of the prosecution and the existence of novel questions of fact or law, the facts upon which the grand jury must base its determination are unusual or complex; and

3.	The parties wish to continue to discuss potential pre-indictment resolution of this matter.

Accordingly, the Court finds that the ends of justice served by this delay outweigh the interests of the defendant and of the public in a speedy trial and that the time period between July 17, 2017, through September 15, 2017, is deemed excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h), and specifically by reason of 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), (B)(ii), (B)(iii), and (B)(iv), in computing the time within which an information or indictment must be filed.

**SO ORDERED**.

Date:                                                                     _____
                                                                          HON DAVE LEE BRANNON
                                                                          United States Magistrate Judge