UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**

No. 17-MJ-08268-DCB

v.

**ERIC SNYDER, and
CHRISTOPHER FULLER,**
      **Defendants.**

## STIPULATION TO ADJOURN PRELIMINARY HEARING

Through their respective counsel, the parties hereby stipulate and agree to an adjournment of the preliminary hearing until January 18, 2018.

It is further stipulated that the time period from December 5, 2017, through January 18, 2018, shall be deemed an excludable delay under the provisions of the Speedy Trial Act, Title 18 United States Code, Section 3161, for the following reasons:

    1.    Defendants are under investigation for conspiracy to commit health care fraud in violation of 18 U.S.C. § 1349;

    2.    Because of the factual and legal issues involved in this case, the parties respectfully submit that the facts upon which the grand jury must base its determination are unusual or complex;

3. The undersigned prosecutor had a three-week trial which began on October 23, 2017, and ended on November 9, 2017, before Judge Graham in Miami (United States v. Michael Rojas, et al., Case No. 15-CR-20973), and counsel for defendant Eric Snyder has been preparing for a trial scheduled to commence in December 2017. These matters have delayed the ability of the parties to discuss a possible resolution of this matter; and

4. The parties wish to continue to discuss potential pre-indictment resolution of this matter.

Accordingly, the parties request that the Court find that the ends of justice served by this delay outweigh the interests of the defendant and of the public in a speedy trial and that the time period between December 5, 2017, through January 18, 2018, is deemed excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h),

and specifically by reason of 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), (B)(ii), (B)(iii), and (B)(iv), in computing the time within which an information or indictment must be filed in this matter.

SO STIPULATED.

| | |
|---|---|
| /s/ James V. Hayes_____<br>JAMES V. HAYES<br>Assistant United States Attorney<br>Court No. A5501717<br>99 N.E. 4th Street, Suite 425<br>Miami, FL 33132<br>Tel# (305) 961-9181<br>Fax: (305) 530-6168<br>James.hayes3@usdoj.gov<br><br>Date: December 1, 2017 | /s/ *Bruce A. Zimet* (with consent)<br>Bruce A. Zimet<br>One Clearlake Centre<br>250 North Australian Avenue<br>Suite 1400<br>West Palm Beach, FL 33401<br>Tel# 561-508-7741<br>BAZ@BruceAZimetLaw.com<br>Attorney for Eric Snyder<br><br>/s/ *Kristy Militello* (with consent)<br>Kristy Militello<br>Federal Public Defender's Office<br>450 Australian Avenue South,<br>Suite 500<br>West Palm Beach, FL 33401<br>Tel # 561-833-6288<br>Kristy_Militello@fd.org<br>Attorney for Christopher Fuller |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 1, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ James V. Hayes*
James V. Hayes
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**

No. 17-MJ-08268-DCB

v.

**ERIC SNYDER, and
CHRISTOPHER FULLER,**
    **Defendants.**

## ORDER

Upon this Court's consideration of the parties' stipulation, hereby incorporated into this Order, and the Court being otherwise fully apprised of the circumstances,

**IT IS ORDERED** that the preliminary hearing shall be continued until January 18, 2018.

**IT IS FURTHER ORDERED** that the time period from December 5, 2017, through January 18, 2018, shall be deemed excludable delay under the provisions of the Speedy Trial Act, Title 18 United States Code, Section 3161(h)(7), in consideration of the parties' desire to consider whether or not a pre-indictment resolution of this case is possible. The ends of justice outweigh the interests of the defendant and the public in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7) for the following reasons:

2

1. The defendant is under investigation for conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349.

2. Because of the factual and legal issues involved in this case, the parties respectfully submit that, due to the nature of the prosecution and the existence of novel questions of fact or law, the facts upon which the grand jury must base its determination are unusual or complex; and

3. The prosecutor had a three-week trial which began on October 23, 2017, and ended on November 9, 2017, before Judge Graham in Miami (United States v. Michael Rojas, et al., Case No. 15-CR-20973), and counsel for defendant Eric Snyder has been preparing for a trial scheduled to commence in December 2017. These matters have delayed the ability of the parties to discuss a possible resolution of this matter; and

4. The parties wish to continue to discuss potential pre-indictment resolution of this matter.

Accordingly, the Court finds that the ends of justice served by this delay outweigh the interests of the defendant and of the public in a speedy trial and that the time period between October 16, 2017, through December 5, 2017, is deemed excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h), and specifically

3

by reason of 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), (B)(ii), (B)(iii), and (B)(iv), in computing the time within which an information or indictment must be filed.

**SO ORDERED**.

Date: _____

HON DAVE LEE BRANNON
United States Magistrate Judge

4