# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

v.

ERIC SNYDER, and
CHRISTOPHER FULLER,
    Defendants.

No. 17-MJ-08268-DLB

FILED by ___ D.C.
APR 1 0 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

Upon this Court's consideration of the parties' stipulation, hereby incorporated into this Order, and the Court being otherwise fully apprised of the circumstances,

**IT IS ORDERED** that the preliminary hearing shall be continued until May 8, 2018, at 10:00 a.m.

**IT IS FURTHER ORDERED** that the time period from April 12, 2018, through May 8, 2018, shall be deemed excludable delay under the provisions of the Speedy Trial Act, Title 18 United States Code, Section 3161(h)(7), in consideration of the parties' desire to consider whether or not a pre-indictment resolution of this case is possible. The ends of justice outweigh the interests of the defendant and the public in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7) for the following reasons:

    1.    The defendant is under investigation for conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349.

2. Because of the factual and legal issues involved in this case, the parties respectfully submit that, due to the nature of the prosecution and the existence of novel questions of fact or law, the facts upon which the grand jury must base its determination are unusual or complex; and

3. The parties have been discussing potential pre-indictment resolution of this matter prior to this motion, but will be unable to reach any resolution.

Accordingly, the Court finds that the ends of justice served by this delay outweigh the interests of the defendant and of the public in a speedy trial and that the time period between April 12, 2018, through May 8, 2018, is deemed excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h), and specifically by reason of 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), (B)(ii), (B)(iii), and (B)(iv), in computing the time within which an information or indictment must be filed.

**SO ORDERED.**

Date: April 10, 2018

Hon. William Matthewman
United States Magistrate Judge