

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

v.

No. 17-MJ-08268-DLB

ERIC SNYDER, and
CHRISTOPHER FULLER,
    Defendants.

## ORDER

Upon this Court's consideration of the parties' stipulation, hereby incorporated into this Order, and the Court being otherwise fully apprised of the circumstances,

**IT IS ORDERED** that the preliminary hearing shall be continued until June 8, 2018.

**IT IS FURTHER ORDERED** that the time period from May 8, 2018, to June 8, 2018, shall be deemed excludable delay under the provisions of the Speedy Trial Act, Title 18 United States Code, Section 3161(h)(7). The ends of justice outweigh the interests of the defendant and the public in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7) for the following reasons:

1.    The defendant is under investigation for conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349.

2. Because of the factual and legal issues involved in this case, the parties respectfully submit that, due to the nature of the prosecution and the existence of novel questions of fact or law, the facts upon which the grand jury must base its determination are unusual or complex; and

3. The parties have been discussing potential pre-indictment resolution of this matter prior to this motion, but will be unable to reach any resolution.

4. The Assistant United States Attorney prosecuting this case will be out of the country on vacation from May 16 - May 26, 2018; and undersigned counsel will be on vacation from May 9 - May 16, and May 24 - June 4, 2018, which creates conflicts with possible arraignment dates.

Accordingly, the Court finds that the ends of justice served by this delay outweigh the interests of the defendant and of the public in a speedy trial and that the time period between May 8, 2018, through June 8, 2018, is deemed excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h), and specifically by reason of 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), (B)(ii), (B)(iii), and (B)(iv), in computing the time within which an information or indictment must be filed.

**SO ORDERED**.

Date: May 7th, 2018

HON. WILLIAM MATTHEWMAN
United States Magistrate Judge

3