UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

v.

ERIC SNYDER, and
CHRISTOPHER FULLER,
    Defendants.

No. 17-MJ-08268-DLB

## ORDER

Upon this Court's consideration of the parties' stipulation, hereby incorporated into this Order, and the Court being otherwise fully apprised of the circumstances,

**IT IS ORDERED** that the preliminary hearing shall be continued until July 9, 2018.

**IT IS FURTHER ORDERED** that the time period from June 8, 2018, to July 9, 2018, shall be deemed excludable delay under the provisions of the Speedy Trial Act, Title 18 United States Code, Section 3161(h)(7).  The ends of justice outweigh the interests of the defendant and the public in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7) for the following reasons:

1.    The defendant is under investigation for conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349;

2. Because of the factual and legal issues involved in this case, the parties respectfully submit that, due to the nature of the prosecution and the existence of novel questions of fact or law, the facts upon which the grand jury must base its determination are unusual or complex;

3. The parties have been discussing potential pre-indictment resolution of this matter prior to this motion, but will be unable to reach any resolution; and

4. The government is meeting with defense counsel for other parties to determine if a resolution of the case short of Indictment is possible; if not, these additional parties may be indicted along with the defendants.

Accordingly, the Court finds that the need for counsel to discuss the potential charges and resolution of the case outweighs the needs of the public and the defendant, and that the time period between June 6, 2018, through July 9, 2018, is deemed excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h), and specifically by reason of 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), (B)(ii), (B)(iii), and (B)(iv), in computing the time within which an information or indictment must be filed.

**SO ORDERED**.

Dated: June 6, 2018

_Dave Lee Brannon_
DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE